IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS A. PROVENZANO,  :  CIVIL ACTION
    Petitioner,  :
v.  :
      :  NO. 14-4040
MICHAEL WERNEROWICZ, et al.,  :
    Respondents.  :

**ORDER**

C. DARNELL JONES II, J.,

    AND NOW, this 21st day of August, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS ORDERED that:

    1. The Report and Recommendation is APPROVED and ADOPTED;

    2. The petition for a writ of habeas corpus is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania; and

    3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
C. DARNELL JONES II, J.

FILED
AUG 22 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk